An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL,
Appellant,
vs.
CHRISTINE PAPPAS; AND WASHOE
COUNTY SHERIFF,
Respondents.

No. 62937

**FILED**

JUL 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Appellant seeks to challenge a district court order denying a motion for reconsideration of a procedural order. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Const. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Thus, because we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Brent T. Adams, District Judge
        Russell
        Christine Pappas
        Washoe County District Attorney/Civil Division
        Washoe District Court Clerk

13-20549